RECEIVED

MAY 2 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA**

BARBARA MASON                                    MISC. CASE NO. 17-mc-00097

VERSUS                                                    JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY        MAGISTRATE JUDGE HANNA
LIMITED, ET AL

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Barbara

Mason, as Personal Representative and Derivative Claimant of the Estate of George Mason, is

hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna,

which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this  25th  day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE